# Third District Court of Appeal

## State of Florida

Opinion filed March 20, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1798
Lower Tribunal No. 16-22203
_____

**Sail America Commemorative, Incorporated,**
Appellant,

vs.

**Bank of America, N.A.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Elliot L. Miller, for appellant.

Liebler, Gonzalez & Portuondo, and Tricia J. Duthiers, for appellee.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. See Troncoso v. Larrain, 307 So. 3d 965, 967 (Fla. 3d DCA 2020) (noting abuse of discretion standard and explaining that "[w]here 'the party seeking to intervene has the same ultimate objective as a party to the suit, the existing party is presumed to adequately represent the party seeking to intervene unless that party demonstrates adversity of interest, collusion, or nonfeasance.'") (quoting M2 Tech., Inc. v. M2 Software, Inc., 589 F. App'x. 671, 675 (5th Cir. 2014)).